Patrick H. Joyce et al., appellees, v. Thomas J. Healy et al., appellants. Gen. No. 25,493.

Action in forcible entry and detainer and for liquidated damages.

Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. James Donahoe, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Judgment modified and affirmed. Opinion filed December 22, 1920.

Litzinger, Healy & Reid, for appellants; James J. Finn, of counsel. Sonnenschein, Berkson, Lautmann & Levinson, for appellees.

Mr. Presiding Justice Taylor delivered the opinion of the court.